01

02

03

04

05

06                           UNITED STATES DISTRICT COURT
                            WESTERN DISTRICT OF WASHINGTON
07                                     AT SEATTLE

08   JANER VALENCIA CORTES,              )
                                         )   CASE NO. C12-1136-MJP
09              Petitioner,              )
                                         )
10       v.                              )   ORDER OF DISMISSAL
                                         )
11   ICE FIELD OFFICE DIRECTOR,          )
                                         )
12              Respondent.              )
     _____ )
13

14          The Court, having reviewed petitioner's petition for writ of habeas corpus, respondent's

15   motion to dismiss, the Report and Recommendation of the Honorable Mary Alice Theiler,

16   United States Magistrate Judge, and any objections or responses to that, and the remaining

17   record, finds and Orders as follows:

18   (1)     The Court adopts the Report and Recommendation;

19   (2)     Petitioner's petition for writ of habeas corpus (Dkt. 1) is DENIED, respondent's

20   motion to dismiss (Dkt. 9) is GRANTED, and this action is DISMISSED with prejudice; and

21   //

22   //

ORDER OF DISMISSAL
PAGE -1

01  (3)      The Clerk shall send a copy of this Order to the parties and to Judge Theiler.

02           DATED this 22nd day of October, 2012.

03

04

05                                                         Marsha J. Pechman
                                                           Chief United States District Judge
06

07

08

09

10

11

12

13

14

15

16

17

18

19

20

21

22

ORDER OF DISMISSAL
PAGE -2